NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COPPER INNOVATIONS GROUP, LLC,**

*Plaintiff-Appellant,*

v.

**NINTENDO CO., LTD., NINTENDO OF AMERICA, INC.,**

*Defendants-Appellees.*

---

2012-1622

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 07-CV-1752, Judge David S. Cercone.

---

**JUDGMENT**

---

OLIVIA T. LUK, Niro, Haller & Niro, of Chicago, Illinois, argued for plaintiff-appellant. With her on the brief were TIMOTHY J. HALLER and PATRICK F. SOLON.

GENE A. TABACHNICK, Reed Smith LLP, of Pittsburgh, Pennsylvania, argued for defendants-appellees. With him on the brief were KIRSTEN R. RYDSTROM and CLAY P.

HUGHES.  Of counsel on the brief were ROBERT W. FARIS and MICHAEL J. SHEA, Nixon & Vanderhye P.C., of Arlington, Virginia.

------------------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 21, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |